NUMBER 13-06-639-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


IN RE: SEARS, ROEBUCK AND CO., Relator.

___________________________________________________________________


On Petition for Writ of Mandamus


___________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Hinojosa and Garza


Memorandum Opinion Per Curiam


 Relator, SEARS, ROEBUCK AND CO.,filed its petition for writ of mandamus with
this Court on November 20, 2006. The real parties in interest have now filed an
unopposed motion to dismiss the petition for writ of mandamus. In the motion, real
parties state that the parties have reached a settlement in this matter. The parties
request that this Court dismiss all pending matters. 

 The Court, having considered the documents on file and the unopposed motion
to dismiss the petition for writ of mandamus, is of the opinion that the motion should
be granted. The stay previously ordered in this cause is ordered lifted. The real
parties' unopposed motion to dismiss is granted, and the petition for writ of mandamus
is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed 

this the 29th day of December, 2006.